**AFFIRMED as MODIFIED and Opinion Filed September 6, 2023**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-22-00704-CR
### No. 05-22-00705-CR

## MANUEL MARTINEZ, Appellant
## V.
## THE STATE OF TEXAS, Appellee

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F09-72859-M, F12-71170-M**

## MEMORANDUM OPINION

Before Justices Goldstein, Garcia, and Miskel
Opinion by Justice Garcia

Appellant was convicted of aggravated assault and possession of a controlled substance and was sentenced to fifteen years in prison and confinement in the state jail for six months respectively.

On appeal, appellant's counsel has filed a brief in which he concludes the appeal is frivolous and without merit. The brief meets the requirements of *Anders v. California*, 386 U.S. 738 (1967). The brief presents a professional evaluation of the record showing why, in effect, there are no arguable grounds to advance. *See High v. State*, 573 S.W.2d 807, 812 (Tex. Crim. App. [Panel Op.] 1978) (determining

whether brief meets requirements of *Anders*). Counsel delivered a copy of the brief to appellant. We advised appellant of his right to file a pro se response. *See Kelly v. State*, 436 S.W.3d 313, 319–21 (Tex. Crim. App. 2014) (noting appellant has right to file pro se response to *Anders* brief filed by counsel). Appellant responded but presents no arguable grounds to advance.

The State agrees that there are no arguable issues on appeal, but notes that there is an error in both judgments that should be corrected. Specifically, the judgments list the sentence assessed by the trial court under the section "Terms of Plea Bargain" but there was no plea bargain agreement or State recommendation as to punishment in this case. We may correct and modify the judgment of a trial court to make the record speak the truth when we have the necessary data and information to do so. *See Ray v. State*, No. 05-17-00820, 2018 WL 1149421, at *2 (Tex. App.—Dallas Mar. 5, 2018, no pet.) (mem. op., not designated for publication) (modifying judgment in *Anders* appeal); *Davis v. State*, No. 01-02-00404-CR, 2003 WL 139655, at *1 (Tex. App.—Houston [1st Dist.] Jan. 9, 2003, no pet.) (mem. op., not designated for publication) (same). The record supports the requested modifications. Accordingly, we modify the judgments to delete the reference to the "Terms of Plea Bargain." TEX. R. APP. P. 43.2(b).

As required, appellant's counsel has moved for leave to withdraw and has provided appellant with a copy of the motion. *See In re Schulman*, 252 S.W.3d 403,

407 (Tex. Crim. App. 2008) (orig. proceeding). We carried the motion for consideration with the merits.

Having modified the judgments to correct the clerical error, and having reviewed the record, we agree with counsel that this appeal is wholly frivolous and without merit; we find nothing in the record before us that arguably might support the appeal. *See Bledsoe v. State*, 178 S.W.3d 824, 827–28 (Tex. Crim. App. 2005); *see also Meza v. State*, 206 S.W.3d 684, 685 n.6 (Tex. Crim. App. 2006). Accordingly, we grant counsel's motion to withdraw, and affirm the trial court's judgments as modified. *See* Tex. R. App. P. 43.2(a), (b).

/Dennise Garcia/
DENNISE GARCIA
JUSTICE

Do Not Publish
TEX. R. APP. P. 47.2(b)
220704F.U05



# Court of Appeals
# Fifth District of Texas at Dallas
## JUDGMENT

MANUEL MARTINEZ, Appellant

No. 05-22-00704-CR         V.

THE STATE OF TEXAS, Appellee

On Appeal from the 194th Judicial District Court, Dallas County, Texas Trial Court Cause No. F-0972859-M. Opinion delivered by Justice Garcia. Justices Goldstein and Miskel participating.

Based on the Court's opinion of this date, the judgment of the trial court is **MODIFIED** to delete the reference to the "Terms of Plea Bargain."

As **REFORMED**, the judgment is **AFFIRMED**.

Judgment entered September 6, 2023



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

MANUEL MARTINEZ, Appellant

No. 05-22-00705-CR    V.

THE STATE OF TEXAS, Appellee

On Appeal from the 194th Judicial District Court, Dallas County, Texas Trial Court Cause No. F-1271170-M. Opinion delivered by Justice Garcia. Justices Goldstein and Miskel participating.

Based on the Court's opinion of this date, the judgment of the trial court is **MODIFIED** to delete the reference to the "Terms of Plea Bargain."

As **REFORMED**, the judgment is **AFFIRMED**.

Judgment entered September 6, 2023